NO. 07-04-0540-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



MAY 24, 2005



______________________________


 

EX PARTE JULIA ALAYNE BLACK


 _________________________________



FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;



NO. 9872; HONORABLE TOM NEELY, JUDGE



_______________________________



Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 On May 9, 2005, the appellee filed a Motion to Dismiss Appeal and by its letter of
May 20, 2005, appellant, the Texas Department of Public Safety, has joined the Motion. 
No decision of this Court having been delivered to date, we grant the motion. Accordingly,
the appeal is dismissed. No motion for rehearing will be entertained and our mandate will
issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party
incurring the same. 


 



 James T. Campbell

 Justice



ly: Arial">
NOS. 54,546-E, 54,547-E, 54,712-E; HON. ABE LOPEZ, PRESIDING


_______________________________



ON MOTIONS TO DISMISS


__________________________________



Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 Appellant Robert Cash Richardson, by and through his attorney, has filed motions
to dismiss his appeals because he no longer desires to prosecute them. Without passing
on the merits of the case, we grant the motions to dismiss pursuant to Texas Rule of
Appellate Procedure 42.1(a)(2) and dismiss the appeals. Having dismissed the appeals
at appellant's request, no motions for rehearing will be entertained, and our mandates will
issue forthwith.

 Brian Quinn

 Chief Justice

Do not publish.